IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER VAUGHN, on behalf of herself and all others similarly situated,<br><br>                          Plaintiff,<br><br>v.<br><br>PITTSBURGH FONDUE, LLC; JAMES MATERESE; MICHAEL CHRISTOPHER MILLSAP; AND DOE DEFENDANTS 1-10,<br><br>                          Defendants. | Civil Action No.: 19-cv-01104-DSC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO STAY DEADLINES** |

Plaintiff, Jennifer Vaughn, and Defendants, Pittsburgh Fondue, LLC, James Materese and Michael Christopher Millsap (collectively, the "Parties"), have reached an agreement to resolve all claims in this matter. The Parties are working toward reducing their agreement to writing, together with a corresponding request for dismissal to be filed with the Court. The Parties therefore respectfully request that the October 12, 2021 deadline to file their Rule 26 Meeting Report and the October 19, 2021 Telephonic Initial Case Management Conference be stayed while the parties devote their resources toward resolving and dismissing this matter.

Dated: October 12, 2021

| LYNCH CARPENTER LLP | QUARLES & BRADY LLP |
|---|---|
| /s/Elizabeth Pollock Avery | /s/ Christopher L. Nickels |
| Edwin J. Kilpela<br>Elizabeth Pollock-Avery<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA  15222<br>412.322.9243<br>ekilpela@lcllp.com<br>eavery@lcllp.com<br><br>*Attorneys for Plaintiff* | Otto W. Immel (PA ID# 65269)<br>otto.immel@quarles.com<br>1395 Panther Lane Suite 300<br>Naples, FL 34109<br>239.659.5041<br>*Admitted pro hac vice*<br><br>Christopher L. Nickels (PA ID# 201419)<br>christopher.nickels@quarles.com<br>411 East Wisconsin Avenue, Suite 2400<br>Milwaukee, WI 53202-4426<br>414.277.5519<br>*Admitted pro hac vice*<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF which will send notification to all counsel of record.

*/s/ Christopher L. Nickels*
Christopher L.Nnickels
