UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER VAUGHN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PITTSBURGH FONDUE, LLC; JAMES MATERESE; MICHAEL CHRISTOPHER MILLSAP; AND DOE DEFENDANTS 1-10,<br><br>Defendants. | No.: 2:19-cv-01104-RJC |

## STIPULATION OF DISMISSAL

Plaintiff Jennifer Vaughn and Defendant Pittsburgh Fondue, LLC, James Materese, and Michael Christopher Millsap, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendants;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: November 22, 2021

Respectfully submitted,

*/s/ Christopher L. Nickels*
Otto W. Immel (PA ID# 65269)
otto.immel@quarles.com
**QUARLES & BRADY LLP**
1395 Panther Lane Suite 300
Naples, FL 34109
239.659.5041
Admitted *pro hac vice*

*/s/ Elizabeth Pollock-Avery*
Gary F. Lynch
Edwin J. Kilpela
Edward W. Ciolko
Elizabeth Pollock-Avery
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
F: (412) 231-0246

Christopher L. Nickels (PA ID# 201419)  
christopher.nickels@quarles.com  
**QUARLES & BRADY LLP**  
411 East Wisconsin Avenue, Suite 2400  
Milwaukee, WI 53202-4426  
414.277.5519  
Admitted *pro hac vice*

*Attorneys for Defendants*
*Attorneys for Plaintiff*

Gary@lcllp.com  
ekilpela@lcllp.com  
eciolko@lcllp.com  
elizabeth@lcllp.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on November 22, 2021.

/s/ R. Bruce Carlson
R. Bruce Carlson